Attorney(s): **WOLF & WOLF, LLP**                                          CASE # **07CV11372**

---

In the Matter of
**JOYCE WOLF**                                              *Plaintiff*

      against

**NEW YORK CITY DEPARTMENT OF EDUCATION, "DOE",
and LAURA RODRIGUEZ, in her official capacity as SUPERINTENDANT
of Region 10, AND LAURA RODRIGUEZ, INDIVIDUALLY**
                                           *Defendant*

---

County of Bronx, State of NEW YORK, I, Kobie A. Mundo, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of NEW YORK
On **JAN 4 , 2008** at **1:19 PM** at **100 CHURCH ST 4TH FL. NY, NY**
deponent served the within: **SUMMONS IN A CIVIL ACTION**
bearing Case #: **07CV11372**
On: **NYC DEPARTMENT OF EDUCATION**

| | |
|---|---|
| Individual [ ] | by delivering a true copy of each to said recipient personally; deponent knew the person described as said person therein. |
| Corporation [ ] | A _____ by delivering thereat a true copy of each to personally, the named defendant and knew said individual to be the authorized agent |
| Suitable Age [ ] | by delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] authorized agent [ ] dwelling house (place of abode) within the state. At time of service deponent spoke with **MS. SOROYA BONIT** to whether the **NYC CORPORATION COUNSEL** is the authorized agent received an affirmative reply: **MS. SOROYA BONIT SYSTEM ANALYST ACCEPTED SERVICE.** |
| Affixing to Door [ ] | by affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business dwelling house (usual place of abode) within the State. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat |
| Mailing Copy [ ] | Deponent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [ ] place of employment at: and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S. Postal Service within the State of NEW YORK. [ ] the mailing was made by certified mail (Receipt No.) and with return receipt requested, and / [ ] the mailing was made by First Class Mail, marked personal and confidential |
| Witness Fees [ ] | $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient |
| Military Service [ ] | Deponent asked person served to whether the recipient/defendant was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Was asked of a neighbor whom would not give his/her name: |
| Description [ ] | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: **FEMALE; LIGHT SKIN; BROWN HAIR; HT: 5'5-5'7 WT: 125-140LBS. AGE: 45-55YRS** |

Sworn to before me on this January 9, 2008

Kobie A. Mundo
Lic. 1151951

Camalich Torrance
Notary Public State of New York
No. 01TO6082731
Qualified in Bronx County
Commission Expires Nov. 4, 2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT NEW YORK
Attorney(s): *WOLF & WOLF, LLP*          CASE # *07CV11372*

---

In the Matter of
*JOYCE WOLF*          *Plaintiff*

     against

*NEW YORK CITY DEPARTMENT OF EDUCATION, "DOE",
and LAURA RODRIGUEZ, in her official capacity as SUPERINTENDANT
of Region 10, AND LAURA RODRIGUEZ, INDIVIDUALLY*
         *Defendant*

---

County of Bronx, State of NEW YORK, I, Kobie A. Mundo, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of NEW YORK
On *JAN 4, 2008* at *3:45 PM* at *1230 ZEREGA AVE BRONX, NY 10462*
deponent served the within: **SUMMONS IN A CIVIL ACTION**
bearing Case #: *07CV11372*
On: **LAURA RODRIGUEZ**

| | |
|---|---|
| Individual [ ] | by delivering a true copy of each to said recipient personally; deponent knew the person described as said person therein. |
| Corporation [ ] | A _____ by delivering thereat a true copy of each to personally, the named defendant and knew said individual to be the authorized agent |
| Suitable Age [ ] | by delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [ ] dwelling house (place of abode) within the state. At time of service deponent spoke with *JOSE RUIZ* to whether the defendant actually resides/employed at these premises and received an affirmative reply:: *MR. JOSE RUIZ IS THE DEFENDANTS SUPERVISOR AND ACCEPTED SERVICE ON HER BEHALF.* |
| Affixing to Door [ ] | by affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business dwelling house (usual place of abode) within the State. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat |
| Mailing Copy [ ] | Deponent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [ ] place of employment at: and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S. Postal Service within the State of NEW YORK. [ ] the mailing was made by certified mail (Receipt No.) and with return receipt requested, and / [ ] the mailing was made by First Class Mail, marked personal and confidential |
| Witness Fees [ ] | $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient |
| Military Service [ ] | Deponent asked person served to whether the recipient/defendant was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Was asked of a neighbor whom would not give his/her name: |
| Description [ ] | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: *MALE; BROWN SKIN; GRAY HAIR; HT: 5'9-6'0 WT: 170-190LBS. AGE: 45-55YRS* |

Sworn to before me on this *January 9, 2008*

Kobie A. Mundo
Lic. #151951

Camalich Torrance
Notary Public State of New York
No. 01TO6082731
Qualified in Bronx County
Commission Expires Nov. 4, 20*10*