UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

JOYCE WOLF,

                        Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, "DOE", and LAURA RODRIGUEZ, in her official capacity as Superintendent of Region 10, and LAURA RODRIGUEZ, Individually,

                        Defendants.

---------------------------------------------------------------- x

STIPULATION

07 Civ. 11372 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the defendants' time to answer or otherwise respond to the complaint is extended from January 24, 2008 until February 20, 2008.

Dated:    New York, New York
              January 23, 2008

WOLF & WOLF, LLP
Attorneys for Plaintiffs
901 Grand Concourse
Suite 1F
Bronx, New York 10451
(718) 410-2323

By: _____
JASON M. WOLF, ESQ.

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendant NYC Board of Education
100 Church Street, Room 2-108
New York, New York 10007
(212) 788-0879

By: _____
BASIL C. SITARAS
Assistant Corporation Counsel

**SO ORDERED:**

_____
Hon. Miriam G. Cedarbaum
United States District Judge

_____
Date: January 24, 2008