## WOLF & WOLF LLP
### Attorneys At Law
www.onefinelawyer.com

| | |
|---|---|
| 910 Grand Concourse, Ste. 1F | 5 Main Street |
| Bronx, New York 10451 | Haverstraw, New York 10927 |
| Tel. (718) 410-0653 | Tel. (845) 429-5500 |
| Alt. Tel. (718) 410-2323 | Fax (845) 429-5515 |
| Fax (718) 588-8035 | |

EDWARD H. WOLF                                                                                                BRIAN R. KAUFMAN, PARALEGAL
JASON M. WOLF

July 24, 2008

**VIA First Class Mail**

Honorable Miriam G. Cedarbaum
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

                        Re:     Wolf v. New York City Department of Education et al
                                    07 Civ 11372 (MGC)

Dear Judge Cedarbaum,

      This office represents the plaintiff in the above referenced action.  This letter serves as a joint application for sixty (60) day extension of discovery until October 21, 2008, to complete the deposition of several non-party witnesses who are teachers and are thus unavailable during the summer months.  In addition, I will be preparing for trial before Judge Koetl in the Matter of Howell v. New York City Leadership Academy et al, which is scheduled to commence during the first two weeks of September.

      As of the date of this letter, the plaintiff's deposition and the deposition of one non-party witness are completed.  In addition, document production is well under way.  The parties submitted a Stipulation and Protective Order to the Court yesterday which ,upon Your Honor's Order, will allow the remaining documents to be exchanged.

      Thank you for considering this request.

                                                                                    Very truly yours,

/s Jason M. Wolf, Esq.

Jason M. Wolf (JW 6332)

cc:     Basil C. Sitaris, Esq.